UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )  Case No._____
                                         )
                                         )  NOTICE OF INTENT TO Sell
                                         )  Property at Private Sale, Compensate
                                         )  Real Estate Broker, and/or Pay any
                                         )  Secured Creditor's Fees and Costs
                                         )  [NOTE: DO NOT use to sell personally
Debtor(s)                                )   identifiable information about individuals!]

1. An offer has been received by the trustee from _____, whose relation to the debtor(s) is _____, to purchase the following estate property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):




for the sum of $_____ upon the following terms:


2. Gross sales price: $_____. All liens on the property total: $_____, of which the trustee believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs. Total sales costs will be: $_____. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

3. [If real property] The court appointed real estate broker, _____, will be paid _____.

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless within 23 days of the Trustee's date below, the trustee receives a bid exceeding the above offer by at least _____ (and upon the same or more favorable terms to the estate), or an interested party **both**: (1) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; or, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), **and** (2) serves a copy thereof on the trustee, _____, at _____
_____.

If no objection is filed, but the trustee receives any upset bids in the manner required above within 23 days of the Trustee's date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____

_____
Trustee

760 (7/2/12)

EXHIBIT A

Parcel 1:

The South half of the North two-thirds of the following described property:

All that part of the North half of the Southwest quarter of the Northeast quarter and that portion of Government Lot 5 lying Northerly of the South line of said North half of the Southwest quarter of the Northeast quarter, extended Westerly to the shoreline of Pend Oreille River, lying East of a said river and West of County Road, all in Section 3, Township 56 North, Range 3 West, Boise Meridian, Bonner County, Idaho.

Parcel 2:

All that portion of the North half of the Southwest quarter of the Northeast quarter and Government Lot 5, lying Northerly of the South line of said North half of the Southwest quarter of the Northeast quarter extended West to the shoreline of the Pend Oreille River, lying East of the River and West of the County Road, all in Section 3, Township 56 North, Range 3 West of the Boise Meridian, Bonner County, Idaho. Except the North two-thirds thereof.

Also LESS that portion conveyed to Spokane International Railway Company, Inc., by Deed recorded May 21, 1906 in Book 9 of Deeds, Page 346, records of Bonner County, Idaho.

Commonly known as: NNA Sagle, Sagle, ID 83860